175 A.3d 159

SCOTT VALENTINE, PLAINTIFF–PETITIONER, v.
MAXIMO ALMANZAR AND ANA ALMANZAR,
DEFENDANTS–RESPONDENTS.

C–238 September Term 2017
079685

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002207–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

175 A.3d 160

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SHAKEEM S. YOUNG, DEFENDANT–PETITIONER.

C–246 September Term 2017
079119

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000796–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.